■ In the Matter of AutoOne Insurance Company, Appellant, v Rosa Fernandez, Respondent. [969 NYS2d 918]—In a proceeding pursuant to CPLR article 75, inter alia, to permanently stay arbitration of a claim for uninsured motorist benefits, the petitioner appeals from a decision of the Supreme Court, Kings County (Sunshine, Ct. Atty. Ref.), dated September 7, 2012, made after a framed-issue hearing.

Ordered that the appeal is dismissed, with costs.

The paper from which the petitioner appeals is merely a decision, as the paper did not grant or deny the petition or dispose of the proceeding. No appeal lies from a decision (*see Benabu v Rienzo*, 104 AD3d 714, 714 [2013]; *Wall St. Mtge. Bankers, Ltd. v Hinds*, 81 AD3d 818, 818 [2011]; *Hamilton v Khalife*, 2 AD3d 682, 682 [2003]; *Matter of Diamond v Gallagher*, 291 AD2d 404, 404 [2002]; *Schicchi v J.A. Green Constr. Corp.*, 100 AD2d 509, 509-510 [1984]) and, thus, the appeal must be dismissed. Balkin, J.P., Leventhal, Lott and Sgroi, JJ., concur.